No. 73–1589.  PIATAK v. OHIO.  Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 73–1692.  STRECKFUS v. CITY OF ST. LOUIS.  Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 73–1738.  SOUTHERN PACIFIC TRANSPORTATION Co. v. LOUISIANA PUBLIC SERVICE COMMISSION.  Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 73–1814.  INTERNATIONAL DEVELOPMENT, INC. v. UTAH-LOUISIANA INVESTMENT CO. ET AL.  Appeal from Ct. App. La., 1st Cir., dismissed for want of substantial federal question.

No. 73–1826.  PETTITT ET UX. v. CITY OF FRESNO ET AL.  Appeal from Ct. App. Cal., 5th App. Dist., dismissed for want of substantial federal question.

No. 73–1953.  CANNON v. OVIATT.  Appeal from Sup. Ct. Utah dismissed for want of substantial federal question.

No. 74–33.  WOODSIDE SAVINGS & LOAN ASSN. v. GALLMAN ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 74–112.  MANDARELLI v. CITY OF AUBURN.  Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.

No. 74–120.  GORMLEY v. COMMITTEE ON EXAMINATIONS AND ADMISSIONS OF THE SUPREME COURT OF ARIZONA.  Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.